UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-34608 |
|---|---|
| SHARON P CRAIG | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3999904**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | SHARON P CRAIG<br>1140 BISHOP DRIVE, APT. C<br>WEST CARROLLTON, OH  45449 | 1,150.16 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/16/2010

Certificate of Service 05-34608

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| SHARON P CRAIG | G TIMOTHY DEARFIELD | (33.1n) |
| 1140 BISHOP DRIVE, APT. C | 2555 SOUTH DIXIE AVENUE | PREMIER BANKCARD |
| WEST CARROLLTON, OH  45449 | SUITE 201 | PREMIER CSI DEPT SDPR |
| | KETTERING, OH  45409 | BOX 2208 |
| | | VACAVILLE, CA  95696 |

Jeffrey M. Kellner BY         /s/ Jeffrey M. Kellner                              bl